1

2

3                          UNITED STATES DISTRICT COURT

4                                DISTRICT OF NEVADA

5                                      * * *

6    JOE PICENO,                              Case No. 3:21-cv-00156-MMD-CLB

7                            Petitioner,
           v.                                 ORDER
8

9    TIM GARRETT, *et. al,*

10                          Respondents.

11

12

13         Petitioner Joe Piceno, a Nevada prisoner, has submitted a pleading styled as a

14   "Rule 60(b) subsequent petition" and a motion for appointment of counsel, with which he

15   is seeking relief from a state court judgment of conviction entered in 1997. (ECF No. 1.)

16   The Court notes that Piceno has had two prior *habeas corpus* proceedings in this Court

17   with respect to the same state court judgment. The first was dismissed as untimely.

18   *Piceno v. LeGrand, et. al.,* Case No. 3:11-cv-00588-RCJ-WGC (ECF No. 9). The second

19   was dismissed as a successive petition. *Piceno v. LeGrand, et. al.,* Case No. 3:14-cv-

20   00545-RCJ-WGC (ECF No. 16). In both cases, the Ninth Circuit Court of Appeals denied

21   Piceno's request for a certificate of appealability.

22         Though identified as a pleading seeking relief under Rule 60(b) of the Federal

23   Rules of Civil Procedure, Piceno's current filing asserts a "federal basis for relief from a

24   state court's judgment of conviction" and is, therefore, subject to the same requirements

25   as a *habeas corpus* application under 28 U.S.C. § 2254. *See Gonzalez v. Crosby*, 545

26   U.S. 524, 530-31 (2005). Viewed as such, the pleading is a successive petition, which

27

28

1   requires Piceno to seek and obtain leave of the Ninth Circuit before pursuing relief in this

2   Court. *See id.* at 531-32 (citing 28 U.S.C. § 2244(b)(3)).

3        Piceno has not secured an order from the Ninth Circuit authorizing this action as

4   required by § 2244(b)(3). Therefore, this Court is without jurisdiction to consider the

5   petition submitted herein. *See Burton v. Stewart*, 549 U.S. 147, 153 (2007).

6        It is therefore ordered that this case is dismissed for lack of jurisdiction. The Clerk

7   of Court shall separately file the petition and motion for appointment of counsel (currently

8   docketed as ECF Nos. 1-1 and 1-2). The Clerk of Court shall also enter judgment against

9   Piceno and close this case.

10       It is further ordered that Piceno's motion for appointment of counsel is denied as

11  moot.

12       It is further ordered that a certificate of appealability is denied.

13       DATED THIS 7th Day of April 2021.

14

15  _____

16  MIRANDA M. DU
    CHIEF UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28